UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

KELLY JONES,

       Plaintiff,

v.

HARRISON JAMES HURLEY, III
A/K/A HARRY JAMES HURLEY, III,

       Defendant.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, KELLY JONES, brings this action against Defendant, HARRISON JAMES HURLEY, III A/K/A HARRY JAMES HURLEY, III, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff qualified as an employee in the domestic service of a household and performed a variety of household services as defined by the FLSA under 29 U.S.C. § 202.

3. Defendant HARRISON JAMES HURLEY, III A/K/A HARRY JAMES HURLEY, III is currently a resident of Chester County, Pennsylvania, hired and employed Plaintiff in South Florida, and failed to pay Palintiff her full and proper wages as mandated by the FLSA.

4. At all times material hereto, Plaintiff engaged pursuant to her employment in interstate commerce on a regular and recurring basis within the meaning of the FLSA including but not limited to interstate travel (including to the Carribean and New Jersey) and interstate communication (including by phone with people in New Jersey).

5. Plaintiff KELLY JONES worked for Defendant as a personal assistant.

6. Plaintiff incurred various work-related costs and expenses in connection with her employment for which Defendant failed to reimburse Plaintiff.

7. Defendant regularly paid Plaintiff late.

8. Defendant failed to pay Plaintiff's full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for hours worked over 40 each week as required by the FLSA.

9. Defendant failed to pay Plaintiff's full and proper minimum wages for certain hours worked during Plaintiff's employment as required by the FLSA.

10. Attached as <u>Exhibit A</u> is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

11. Defendant has knowingly and willfully refused to pay Plaintiff's legally-entitled wages.

12. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

13. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

14. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-13 above as if set forth herein in full.

15. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages including for wages paid late pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

16. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791