**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  20cv62057

KELLY JONES,

        Plaintiff,

v.

HARRISON JAMES HURLEY, III
A/K/A HARRY JAMES HURLEY, III,

        Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:   Defendant:   Harrison James Hurley, III a/k/a Harry James Hurley, III
345 West Chestnut Street, Apt 6
Westchester, PA 19380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esquire
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316

Phone:  (786) 924-9929
Fax:      (786) 358-6071
Email:  ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 9, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts